1  WILLIAM R. TAMAYO – #084965 (CA)
2  JONATHAN T. PECK - #12303 (VA)
   SANYA HILL MAXION - #18739 (WA)
3  EQUAL EMPLOYMENT OPPORTUNITY
   COMMISSION
4  San Francisco District Office
   350 The Embarcadero, Suite 500
5  San Francisco, California  94105
   Telephone:   (415) 625-5646
6  Facsimile:    (415) 625-5657

7  Attorneys for Plaintiff

8
   JEFFREY D. WOHL (Cal. State Bar No. 96838)
9  LAURA N. MONFREDINI (Cal. State Bar No. 221153)
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
10 55 Second Street, 24th Floor
   San Francisco, California 94105-3441
11 Telephone: (415) 856-7000
   Facsimile:   (415) 856-7100
12
   Attorneys for Defendant
13 Sodexho Management, Inc.

14
## UNITED STATES DISTRICT COURT
15
## NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE DIVISION)
16

17                                                                      *E-FILED - 1/6/06*
   EQUAL EMPLOYMENT OPPORTUNITY
18 COMMISSION,                                   NO. C-04-3398-RMW

19                Plaintiff,

20 v.                                            STIPULATION FOR DISMISSAL WITH
                                                 PREJUDICE AND FOR RETENTION
21 SODEXHO MANAGEMENT, INC.,                     OF JURISDICTION BY THE COURT
                                                 AND ORDER
22
                  Defendant.
23

24

25

26

27

28

   STIPULATION & ORDER OF DISMISSAL
   C-04-3398- RMW                                Page 1

Plaintiff Equal Employment Opportunity Commission and Defendant, Sodexho Management, Inc., ("SODEXHO") and through their undersigned counsel, hereby stipulate to dismissal with prejudice of all claims against SODEXHO. There are no remaining issues or parties in this action.

Pursuant to <u>Kokkonen v. Guardian Life Ins. Co. of America</u>, 511 U.S. 375, 381-82 (1994) and <u>Flanagan v. Arnaiz</u>, 143 F.3d 540, 543-44 (9th Cir. 1998), the parties further stipulate that this Court shall retain jurisdiction of this action for the purposes of resolving any disputes that may arise in the future regarding the parties' Settlement Agreement, attached hereto as Exhibit A to this Stipulation. The parties further agree that the Court's jurisdiction over this matter shall automatically expire one calendar year from the date of the execution of the Settlement Agreement.

This stipulation is based on Rule 41 (a)(1)(ii) of the Federal Rules of Civil Procedure and has been signed for all parties. The EEOC and Sodexho agree to bear their own attorney fees and costs.

On behalf of Plaintiff, EEOC

*[signature]*
WILLIAM R. TAMAYO
Regional Attorney

*[signature]*
JONATHAN T. PECK
Supervisory Trial Attorney

*[signature]*
SANYA HILL MAXION
Senior Trial Attorney

On behalf of Defendant, Sodexho

*[signature]*
JEFFREY D. WOHL
PAUL HASTINGS, JANOFSKY & WALKER LLP

*[signature]*
LAURA N. MONFREDINI
PAUL HASTINGS, JANOFSKY & WALKER LLP

**APPROVED AND SO ORDERED:**

**DATED:** 1/6/06

/S/ RONALD M. WHYTE
**U.S. DISTRICT JUDGE RONALD M. WHYTE**

STIPULATION & ORDER OF DISMISSAL